# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Broderick Ararao<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-0147 SCR<br>)<br>)<br>)<br>) |

**FILED**
Oct 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 19, 2025__ in the county of __Solano__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI Special Agent Carla Ceccon

☑ Continued on the attached sheet.

/s/ Carla Ceccon
*Complainant's signature*

Carla Ceccon, FBI Special Agent
*Printed name and title*

Sworn to and signed before me telephonically.

Date: 10/17/2025

*Judge's signature*

City and state: Sacramento, California

United States Magistrate Judge Sean C. Riordan
*Printed name and title*

## AFFIDAVIT OF FBI SPECIAL AGENT CARLA CECCON

I, Special Agent Carla Ceccon, being duly sworn, hereby depose and state:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging **BRODERICK ARARAO** with:

   <u>COUNT ONE:</u>   Felon in possession of a firearm, in violation of 21 U.S.C. § 922(g)(1).

## BACKGROUND AND EXPERTISE

2. I have been employed as a Special Agent of the FBI since September 2018. I am currently assigned to the Sacramento Division on the Solano County Violent Crime Task Force.  Prior to being assigned to the Sacramento Division, I was assigned to the San Francisco Division, Santa Clara County Safe Streets Gang Task Force.  Prior to my employment as an FBI Special Agent, I was employed by the Sacramento Police Department for approximately three years.

3. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

4. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

5. This affidavit is based upon my own personal knowledge but also the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is also described in sum, substance, and relevant part.

1

## STATEMENT OF PROBABLE CAUSE

*Ararao's vehicle involved in a road rage incident where an occupant of Ararao's vehicle shot out the tire of another vehicle.*

6. On June 12, 2025, the victim of a road rage incident called the Vallejo Police Department to report that he had been shot at while driving his car. The victim reported that a red Acura had followed him off the interstate. Eventually, the victim pulled into a public parking lot. The red Acura drove away. While the Acura was driving away, an occupant of the Acura shot at the victim's car with a firearm. The victim reported hearing a loud bang and then the sound of his tire deflating. By the time police arrived, the Acura had left the scene.

7. The victim provided Vallejo PD with video footage from his vehicle. The vehicle that followed the victim in the video was a red Acura TLX bearing California license plate 8KEA634. Accordingly, to DMV records, Broderick Ararao is the registered owner of the Acura.

*Ararao flees from police and leads police on a high-speed pursuit.*

8. One week later, on June 19, 2025, an officer from the Vallejo Police Department was on routine patrol in Vallejo when he spotted Ararao's Acura. The officer recognized the vehicle as wanted based on the prior shooting incident. The officer was driving a marked Vallejo PD patrol vehicle. Accordingly, the officer turned on his emergency lights and siren and attempted to conduct an enforcement stop of the red Acura.

9. Depicted below is the in-car camera of an assisting Vallejo PD officer showing the red Acura driving away from police despite emergency lights and sirens.

///

///

///

///



10. The red Acura did not yield to the officer's emergency lights and siren. Instead, the Acura fled from the officer at a high rate of speed, travelling 70 mph in a marked 30 mph zone before entering onto Interstate 80. While on Interstate 80, the Acura reached speeds of over 120 mph, nearly double the posted speed limit of 65 mph.

11. During the high-speed chase, the Vallejo PD officer lost sight of the Acura while it was crossing the Carquinez Bridge. A California Highway Patrol helicopter had responded to assist with the pursuit and maintained visual surveillance of the Acura.

12. The Acura eventually stopped and Broderick Ararao got out of the driver's seat and ran away from the Acura while carrying a black bag. During his flight away from the Acura, Ararao threw an item on the ground. Responding officers caught up with Ararao and arrested him. The officers retraced Ararao's steps and recovered a loaded Taurus PT-22 pistol with an obliterated serial number.

///

///

///

///

3

13. Depicted below is a screenshot from the CHP helicopter showing Ararao getting out of the driver's seat of the red Acura.



14. Depicted below is a screenshot from the CHP helicopter showing Ararao dropping an item on the ground while running away from the red Acura.



***Preliminary Interstate Nexus Determination***

15. On October 17, 2025, Special Agent Daniel Yun, who is an ATF interstate nexus expert, made a preliminary finding that the Taurus pistol possessed by

4

Ararao was not manufactured in the State of California and therefore had previously traveled in interstate or foreign commerce prior to Ararao's possession of the gun.

***Araro has previously been convicted of five felony offenses; he is prohibited from possessing any firearms.***

16. I have reviewed Ararao's criminal history. He has been convicted of the following felony offenses:

    a. In 2003, Possession of Marijuana for Sale, in violation of California Health and Safety Code § 11359.

    b. In 2003, Felon in Possession of a Firearm, in violation of California Penal Code § 12021.

    c. In 2006, Transportation of a Controlled Substance, in violation of California Health and Safety Code § 11379.

    d. In 2014, in the Eastern District of California, Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c). 2:13-CR-00349-MCE.

## REQUEST TO SEAL

17. I request that the Court order this affidavit and associated application and warrant to be kept under seal until further order of the Court. This investigation is not yet known to its target. Disclosure of the contents of this affidavit would seriously impede the investigation and likely cause Ararao to flee from law enforcement. Given Ararao's history of gun possession and flight from law enforcement, sealing is necessary to protect the public and the agents effectuating the arrest warrant. Accordingly, I request that the Court issue an order sealing the Complaint and arrest warrant and affidavit until further order of this Court.

///

///

## **CONCLUSION**

18. Based on the above information, I believe that there is probable cause to believe that Ararao unlawfully possessed a firearm, in violation of 18 U.S.C. § 922(g)(1).  I hereby request that this court issue an arrest warrant for Ararao.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Carla Ceccon
_____
CARLA CECCON
FBI Special Agent

Sworn and Subscribed to me telephonically,
on October 17, 2025,

_____
Hon. SEAN C. RIORDAN
United States Magistrate Judge

Approved as to form:

_____
JUSTIN LEE
Assistant United States Attorney

6

## PENALTY SLIP

## United States v. Broderick Ararao

**COUNT ONE:**   18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

Fine of up to $250,000, and/or
Imprisonment of up to 15 years, or both
Term of Supervised Release of up to 3 years
Mandatory $100 Special Assessment