HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Ararao

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:25-cr-00276-JAM |
| Plaintiff, | ) |
| | ) **FIRST STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE AND** |
| | ) **EXCLUDE TIME** |
| BRODERICK ARARAO, | ) |
| Defendant. | ) Date: March 10, 2026 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. John A. Mendez |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Broderick Ararao, that the previously scheduled Status Hearing set for March 10, 2026, be continued to **July 28, 2026, at 9:00 a.m.**

The parties specifically stipulate as follows:

1.    The government has produced 403 pages and roughly 80 audio/video files in discovery.

2.    Mr. Ararao moves to continue the Status Conference for compelling reasons. First, this is his first request to continue the Status. He was arraigned on November 18, 2025. Second, defense counsel was preparing for trial in another case all of December 2025 and January 2026. He did not have any time to work

on Mr. Ararao's case during those months. Mr. Ararao requests to continue the Status so that he may review discovery and conduct necessary investigation.

3.    Mr. Ararao believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.    The government does not object to Mr. Ararao's motion.

5.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between March 10, 2026 and July 28, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Ararao in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 27, 2026          */s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Ararao

Date: February 27, 2026          ERIC GRANT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status
Hearing and Exclude Time                          -2-                    *United States v. Ararao,*
2:25-cr-00276-JAM

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 02, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Hearing and Exclude Time                    -3-                    *United States v. Ararao*,
                                                                    2:25-cr-00276-JAM