HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Ararao

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>BRODERICK ARARAO,<br>Defendant. | Case No. 2:25-cr-00276-JAM<br><br>**<u>THIRD</u> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: October 27, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Broderick Ararao, that the previously scheduled Status Hearing set for October 27, 2026, be continued to **January 26, 2027, at 9:00 a.m.**

The parties specifically stipulate as follows:

1. The government has produced 403 pages and roughly 80 audio/video files in discovery.
2. Mr. Ararao moves to continue the Status Conference for compelling reasons. He is facing a mandatory minimum 25-year prison sentence. Defense counsel is working through discovery and investigating the case.
3. Mr. Ararao believes that failure to grant his motion would deny him the

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to Mr. Ararao's motion.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between October 27, 2026 and January 26, 2027, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Ararao in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 13, 2026

*_/s/ Hootan Baigmohammadi_*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Ararao

Date: October 13, 2026

ERIC GRANT
United States Attorney

*_/s/ Justin Lee_*
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

Based on the third stipulation of the parties, the October 27, 2026 status conference is **CONTINUED** to **January 26, 2027, at 9:00 a.m.** Time is **EXCLUDED** as described in the parties' Stipulation.

**IT IS SO ORDERED**.

Dated: October 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE